IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| Bradley Sogge, | |
|---|---|
| Petitioner, | Case No. 3:16-cv-408 |
| -vs- | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Chad Pringle, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge.[1] The Report and Recommendation recommends that Petitioner Bradley Sogge's habeas petition be dismissed without prejudice for failure to pay the filing fee. No party has filed objections to the Report and Recommendation and the time for doing so has expired.

Upon consideration, the court hereby adopts the Report and Recommendation. **IT IS HEREBY ORDERED** that Sogge's habeas petition is dismissed without prejudice for failure to pay the filing fee.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 28th day of March, 2017.

/s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court

---

[1] Doc. #6.